AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: 1:08MJ109A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tommy Walaski

I certify that I am admitted to practice in this court.

8-12-08
Date

[signature]
Signature

Andrew Berg 4754
Print Name Bar Number

128 Dorrance, Suite 400
Address

Providence RI 02903
City State Zip Code

274-0113 274-0175
Phone Number Fax Number