1547867

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUL 24 2008

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

District of Rhode Island

UNITED STATES OF AMERICA

V.

TOMMY WALASKI
DOB 1977 - Newport, RI

## WARRANT FOR ARREST

Case Number: 1:08 MJ 109 A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Tommy Walaski
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly and intentionally possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

in violation of Title 21 United States Code, Section(s) 841(a)(1), (b)(1)(C)

LINCOLN D. ALMOND
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

7/24/08 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/24/2008 | Bob Young DUSM | Robert Young |
| DATE OF ARREST 08/12/2008 | | |